UNITED BOARD & CARTON CORPORATION, PLAINTIFF-RESPONDENT, v. WILLIAM J. BRITTING, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Milton, McNulty & Augelli* for the petitioners.

*Mr. Isadore Glauberman* for the respondent.

September 19, 1960. Denied.

TOWN OF KEARNY, PLAINTIFF-PETITIONER, v. DIVISION OF TAX APPEALS, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Robert J. McCurrie* for the petitioner.

*Mr. David D. Furman* and *Mr. Theodore I. Botter* for the respondents.

September 19, 1960. Granted.